162

RUTH DWYER, PETITIONER-PETITIONER, v. FORD MOTOR
COMPANY, RESPONDENT-RESPONDENT.

*Messrs. Hirschberg, Nashel, Zorn & Cronson* and *Mr.
Aaron Gordon* for the petitioner.

*Mr. Verling C. Enteman* and *Mr. Andrew S. Polito* for the
respondent.

May 27, 1963. Denied.

REALTY SALES CORPORATION, PLAINTIFF-PETITIONER, v.
DANIEL PAYNE, *ET AL.*, DEFENDANTS AND THE TAX
INVESTMENT CORPORATION OF NEW JERSEY, DE-
FENDANT-RESPONDENT.

THE TAX INVESTMENT CORPORATION OF NEW JERSEY,
PLAINTIFF-RESPONDENT, v. JAMES LEXINGTON COM-
PANY *ET AL.*, DEFENDANTS AND REALTY SALES COR-
PORATION, DEFENDANT-PETITIONER.

See same case below: 78 *N. J. Super.* 504.

*Messrs. Mainardi & Mainardi* and *Mr. Andrew Mainardi,
Jr.* for the petitioner.

*Mr. Saul A. Wittes* for the respondent.

May 27, 1963. Denied.